**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00940-VAP (SPx)                   Date:  December 6, 2013

Title:      CHRISTIE L. REED -*v*- FEDERAL NATIONAL MORTGAGE
            ASSOCIATION, ET AL.
=================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

            Marva Dillard                      None Present
            Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR            ATTORNEYS PRESENT FOR
PLAINTIFFS:                      DEFENDANTS:

            None                            None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT
                    SCHEDULING CONFERENCE (IN CHAMBERS)

      On October 10, 2013, the Court issued an order setting a scheduling
conference in this matter for 1:30 p.m. on December 2, 2013.  (<u>See</u> Order (Doc. No.
38).)  In violation of Local Rule 6-13, Defendant/Crossclaimant/Counterclaimant
Federal National Mortgage Association's counsel failed to attend the conference.

      The Court therefore ORDERS Plaintiff's counsel to show cause, in writing, not
later than December 13, 2013, why sanctions should not issue in the amount of
$500 for counsel's failure to appear at the conference.

      **IT IS SO ORDERED.**

MINUTES FORM 11                          Initials of Deputy Clerk ___md____
CIVIL -- GEN                    Page 1