**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-00940-VAP (SPx)                              Date:  February 20, 2014

Title:   CHRISTIE L. REED -v- FEDERAL NATIONAL MORTGAGE ASSOCIATION; DAVID ALAN BOUCHER; SARA LUZ ARGUELLO FERNANDO DIAS; EVERETT XAVIER CABRERA; AND DOES 1 THROUGH 10, INCLUSIVE
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE (IN CHAMBERS)

  On September 11, 2013, Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae") filed a Counterclaim (Doc. No. 29) against, inter alia, Sarah Cabrera ("Cabrera").  To date, however, Fannie Mae has not submitted a proof of service on Cabrera for the Counterclaim, nor has Fannie Mae submitted evidence purporting to show efforts made to give notice or a reason notice should not be required.  Pursuant to Federal Rule of Civil Procedure ("FRCP") 4(m), a plaintiff must serve summons and complaint on all named defendants within 120

EDCV 13-00940-VAP (SPx)
CHRISTIE L. REED v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL.
MINUTE ORDER of February 20, 2014

days of filing.  When a plaintiff or a counterclaimant fails to prosecute the case, the Court on its own motion may dismiss the case for that failure under FRCP 41(b).  See Tolbert v. Leighton, 623 F.2d 585, 586-87 (9th Cir. 1980).  Plaintiff has failed to prosecute this action as to Cabrera.  Thus, this action is subject to dismissal as to Cabrera.

Accordingly, the Court ORDERS Fannie Mae to show cause, in writing, not later than February 27, 2014, why Sarah Cabrera should not be dismissed without prejudice for failure to prosecute.  Failure to file a response will result in dismissal of Fannie Mae's Counterclaim as to Cabrera.

**IT IS SO ORDERED.**