**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00940-VAP (SPx)                           Date: December 5, 2014

Title:   REED -v- FEDERAL NATIONAL MORTGAGE ASSOCIATION; ET AL
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE (IN CHAMBERS)

    On November 3, 2014, Cross-Claimant and Counter-Claimant, Federal National Mortgage Association ("Fannie Mae") filed a notice of dismissal as to Counter-Defendants, Edward R. Seidner, Joyce Seidner ("Seidners"), and James W. Redfern, Trustee of the 2002 James W. Redfern Revocable Trust ("Redfern"), because the parties had reached a settlement agreement.  (Doc. No. 260 ("Notice").)  That Notice, however, did not dismiss the Seidners' and Redfern's Counterclaim against Fannie Mae.  (Doc. No. 142.)  No action has been taken on their Counterclaim since Fannie Mae filed its Answer on February 4, 2014.  (Doc. No. 161.)

    The Seidners and Redfern are therefore ORDERED to show cause, in writing, no later than January 19, 2015, why the Court should not dismiss their Counterclaim

EDCV 13-00940-VAP (SPx)
REED v. FEDERAL NATIONAL MORTGAGE ASSOCIATION; ET AL
MINUTE ORDER of December 5, 2014

against Fannie Mae.  The parties may vacate this Order by filing a notice of voluntary dismissal.

**IT IS SO ORDERED.**

MINUTES FORM 11                                        Initials of Deputy Clerk ___md_____
CIVIL -- GEN                                                     Page 2