# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

```
FILED
CLERK, U.S. DISTRICT COURT

JUL 27, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:_____BH_____ DEPUTY
```

Christie L Reed,

                              Plaintiff,

                v.

Federal National Mortgage

        Association et al.,

                              Defendants.

EDCV 13-940-VAP (SPx)

## JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:      7/27/16

_____
Virginia A. Phillips
Chief United States District Judge